IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., and AMERITAS INVESTMENT CORP., | ) ) ) | |
| Plaintiffs, | ) ) ) | 4:09CV3241 |
| v. | ) ) | |
| ARCH INSURANCE COMPANY, | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED

1) A telephonic conference with the court will be held on December 16, 2010 at 9:00 a.m. to discuss the status of any settlement negotiations for this case. Counsel for plaintiff shall place the call.

2) The parties' motion to continue, (filing no. 35), is granted, and the final progression order is amended as follows:

   a. The trial is set to commence on July 18, 2011.

   b. The pretrial conference will be held before the undersigned magistrate judge on July 7, 2011 at 10:00 a.m. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on July 6, 2011, and the draft order shall conform to the requirements of the local rules.

   c. The deadlines for providing expert reports are:

      For the plaintiffs:          December 20, 2010.
      For the defendants:      January 20, 2011
      Plaintiffs' rebuttal expert:  February 21, 2011

   d. The discovery and deposition deadline is March 15, 2011. Motions to compel discovery must be filed by February 28, 2011.

   e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is April 8, 2011.

November 23, 2010.                                 BY THE COURT:
                                                   s/ *Cheryl R. Zwart*
                                                   United States Magistrate Judge